IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAWANDA BEASLEY,

    Plaintiff,

v.                                    CASE NO. 4:13-cv-197-MW/CAS

DVA RENAL HEALTHCARE, INC.,
d/b/a DAVITA DIALYSIS,

    Defendant.

_____/

## ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY

This Court has considered, without hearing, the Defendant's Unopposed Motion for Corporate Representative to Appear Telephonically at the Mediation Conference, ECF No. 17, filed December 3, 2013. While it is not this Court's normal procedure to allow telephonic appearances at mediation, the motion is **GRANTED** because the motion is unopposed.

    SO ORDERED on December 3, 2013.

                                                s/Mark E. Walker            
                                                **United States District Judge**